1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   JASON WEATHERSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-07-0122 EJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER |
| JASON WEATHERSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendants Jason Weathersby, through Attorney Dwight M. Samuel, and the United States of America, through Assistant U.S. Attorney Phillip Talbert, agree that the Judgement and Sentencing set for February 22, 2008 be vacated and continued to March 7, 2006 at 10:00 am.

In addition, it is agreed that the Schedule for Disclosure is Amended as follows:

| | |
|---|---|
| Judgement and Sentencing: | 03/07/2008 |
| Motion for Correction of the Pre-Sentence Report Shall be filed with the Court and Served on the Probation Office r and Opposing Counsel no later than: | 02/29/2008 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later than: | 02/22/2008 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no later than: | 02/15/2008 |
| The Proposed Pre-Sentence Report Shall be | 02/01/2008 |

1  Disclosed to Counsel no later than:

2

3  Respectfully submitted,

4

5  DATED: January 10, 2008			/S/Dwight M. Samuel
					Dwight M. Samuel
6					Attorney for Defendant
					Susan D'Orta
7

8
   DATED: January 10, 2008			/S/Phillip Talbert
9					Phillip Talbert
					Assistant United States Attorney
10					(Signed per Telephonic authorization)

11

12

13	IT IS SO ORDERED.

14  DATED:    January 15, 2008

15					/s/ Edward J. Garcia
					Edward  J. Garcia
16					United States District Court Judge