DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
JASON WEATHERSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-07-0122 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| JASON WEATHERSBY, | |
| Defendant. | |

    Defendants Jason Weathersby, through Attorney Dwight M. Samuel, and the United States of America, through Assistant U.S. Attorney Phillip Talbert, agree that the Judgement and Sentencing set for March 7, 2008 be vacated and continued to April 4, 2008 at 10:00 am.

    In addition, it is agreed that Defendant's Objections are due no later than March 28, 2008.

Respectfully submitted,

DATED: February 27, 2008      /S/Dwight M. Samuel
                                            Dwight M. Samuel
                                            Attorney for Defendant
                                            Susan D'Orta

DATED: February 27, 2008      /S/Phillip Talbert
                                            Phillip Talbert
                                            Assistant United States Attorney

(Signed per Telephonic authorization)

    IT IS SO ORDERED.

DATED: February 27, 2008

/s/ Edward J. Garcia  
Edward J. Garcia  
United States District Court Judge