Law Offices of
## DWIGHT M. SAMUEL
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193, dmsamuel@oldsaclaw.com

## MEMORANDUM

March 31, 2008

TO:       Colleen Lydon;
          Honorable Edward J. Garcia

FROM:     Dwight M. Samuel (SB# 054486)
          A Professional Corporation
          117 J Street, Suite 202
          Sacramento, California 95814-2282
          916-447-1193

RE:       Judgement and Sentencing Continuance

CASE NAME AND DESIGNATION:       U.S. v. JASON WEATHERSBY
                                 CR.S-07-0122 EJG

Jason Weathersby's sentencing is presently set for Friday, April 4, 2008. I request that sentencing be continued to Friday, April 11, 2008. I conferred with AUSA, Phil Talbert and he has agreed to this date.

Please contact my office with any questions or concerns with regard to this matter.

/S/ Dwight M. Samuel
Dwight M. Samuel
Attorney for Jason Weathersby, Defendant

IT IS SO ORDERED
3/31/08

FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK